IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| FLOYD DELOACH, JR., | : | |
| Plaintiff | : | |
| VS. | : | CIVIL ACTION NO. 7:06-CV-97 (HL) |
| Lt. EUGENE BELL; Det. ALAN GITSCH, | : | |
| | : | PROCEEDINGS UNDER 42 U.S.C. § 1983 |
| Defendants | : | BEFORE THE U.S. MAGISTRATE JUDGE |
| | : | **ORDER TO SUPPLEMENT COMPLAINT** |

Plaintiff **FLOYD DELOACH, JR,** presently incarcerated at the Lowndes County Jail in Valdosta, Georgia, has filed a *pro se* civil rights complaint under 42 U.S.C. §1983 accompanied by a motion to proceed without prepayment of the filing fee or security therefor under 28 U.S.C. § 1915(a). Because plaintiff has no assets, it has been ordered that his complaint be filed and that he be allowed to proceed without paying an initial partial filing fee.

Upon initial review of plaintiff's complaint, the Court finds that additional information about his contentions is needed before a proper evaluation of his claims and allegations can be made. Plaintiff states that on November 18, 2005, he was falsely arrested and charged with selling cocaine. Plaintiff alleges that defendants Bell and Gitsch "lied on their reports in order to obtain a warrant for the sale of cocaine."

Plaintiff needs to explain to the Court if the charge of selling cocaine is still pending against him; or if he has been tried, convicted, or pled guilty to this charge. Plaintiff must tell the Court what sentence he is now serving at the Lowndes County Jail and when the sentence was imposed.

Plaintiff shall have until November 1, 2006 to submit a supplemental complaint. If plaintiff fails to respond to this Order in a timely manner, this action shall be dismissed. There shall be **no service of process** until further order of the Court.

**SO ORDERED**, this 11th day of October, 2006.

>*/s/ Richard L. Hodge*
>RICHARD L. HODGE
>UNITED STATES MAGISTRATE JUDGE

lnb